# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 09-2073

_____

United States of America,          *
                                   *
          Appellee,                *
                                   *   Appeal from the United States
   v.                              *   District Court for the Eastern
                                   *   District of Missouri.
Timothy Wallace,                   *
                                   *   [UNPUBLISHED]
          Appellant.               *

_____

Submitted: March 31, 2010
Filed: April 1, 2010

_____

Before MELLOY, BOWMAN, and SMITH, Circuit Judges.

_____

PER CURIAM.

Timothy Wallace appeals the district court's[1] denial of his motion for an order directing the court clerk to send him a cassette tape. Having carefully reviewed the record, we find no basis for reversal. Accordingly, we affirm. See 8th Cir. R. 47B.

_____

_____

[1]The Honorable Carol E. Jackson, United States District Judge for the Eastern District of Missouri.